1  **JANET C. TUNG**
   California State Bar No. 231682
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: holly_sullivan@fd.org

5  Attorneys for Mr. Garcia-Salmon

                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF CALIFORNIA

                       **(HONORABLE JAN M. ADLER)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ0210 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF WITHDRAWAL** |
| PATRICIO GARCIA-SALMON, | ) | |
| Defendant. | ) | |

Notice is hereby given by Janet C. Tung, Federal Defenders of San Diego, Inc., that the following document is withdrawn from the record in the above-captioned case:

    Document:    *Notice of Attorney Appearance*

    File Date:    January 29, 2008

    Docket #:    4

                                                Respectfully submitted,

Dated: January 29, 2008                    /s/ *JANET C. TUNG*
                                                Federal Defenders of San Diego, Inc.
                                                Attorneys for Defendant
                                                Janet_Tung@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: January 29, 2008           /S/*JANET C. TUNG*
                                  Federal Defenders of San Diego, Inc.
                                  225 Broadway, Suite 900
                                  San Diego, CA  92101-5030
                                  (619) 234-8467  (tel)
                                  (619) 687-2666  (fax)
                                  Janet_Tung@fd.org (email)

2